# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZER HOLDINGS, LLC, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>CITIBANK, NATIONAL ASSOCIATION, <br><br>　　　　　Defendant. | Case No. 1:24-cv-00210-KES-CDB <br><br> ORDER GRANTING APPLICATION OF MARK E. SHURE TO PRACTICE *PRO HAC VICE* <br><br> (Doc. 5) |

　　The Court has considered the application of Mark E. Shure, counsel for Plaintiffs Ozer Holdings, LLC and Joint Properties, LP, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 5).  In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

　　The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated:　**May 1, 2024**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE