UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZER HOLDINGS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. 1:24-cv-00210-KES-CDB <br><br> ORDER ON STIPULATION RESCHEDULING HEARING AND BRIEFING DATES ON DEFENDANT'S MOTION TO DISMISS <br><br> (Doc. 11) |

Plaintiffs Ozer Holdings, LLC, and Joint Properties, LP ("Plaintiffs") initiated this action with the filing of a complaint against Defendant Citibank, National Association ("Defendant") on February 15, 2024. (Doc. 1). On May 15, 2024, Defendant filed a motion to dismiss. (Doc. 9).

Pending before the Court is the parties' stipulation to reschedule hearing and briefing dates in connection with Defendant's motion to dismiss. (Doc. 11). In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs shall file an opposition to Defendant's motion to dismiss on or before August 7, 2024, and Defendant shall file a reply, if any, on or before August 14, 2024; and

///

///

2. The hearing date on Defendant's motion to dismiss shall be continued to August 26, 2024, at 1:30 pm in Courtroom 6, before the Honorable District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: **May 30, 2024**

_____
UNITED STATES MAGISTRATE JUDGE